222 S.E.2d 702 (1976)
289 N.C. 302
Mary Kistler STONEY et al.
v.
Roderick M. MacDOUGALL, Trustee, et al. (Wayne W. Martin, Guardian Ad Litem for Elizabeth M. Stahl).
Supreme Court of North Carolina.
February 3, 1976.
Wayne W. Martin, in pro. per.
Hudson, Petree, Stockton, Stockton & Robinson, Everett, Everett, Creech & Craven, for plaintiffs.
*703 Petition by defendant, Wayne W. Martin, for discretionary review under GS 7A-31, 28 N.C.App. 178, 220 S.E.2d 368. Denied.